UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC - 4 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DaVonta M. Rowland, )
)
    Plaintiff, )
)
    v. ) Civil Action No. 13-1925
)
Civil Division, )
)
    Defendant. )
_____ )

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint against "Civil Division," Compl. Caption, and an application to proceed *in forma pauperis*. The Court will grant plaintiff's application and will dismiss the case pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief can be granted.

From the allegations in the complaint and the address of the defendant, the Court determines that plaintiff is suing the Civil Division of the Superior Court of the District of Columbia. "The District of Columbia Courts cannot be sued separately from the District of Columbia," *Bean v. District of Columbia Courts*, 930 F. Supp. 2d 93, 95 (D.D.C. 2013) (citing *Kundrat v. District of Columbia*, 106 F. Supp. 2d 1, 4-8 (D.D.C. 2000)), and plaintiff's purported claim of "legal malpractice" fails to provide any notice of a claim against the District of Columbia. Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

DATE: October 29, 2013

                                              United States District Judge